AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of Washington



In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

Austin Haskins; 3411 Bridgeport Way W., Apt. 9, University Place, WA; 1996 Toyota Camry (WA Reg. BCM3156); PO BOX 12000, Olympia, WA

)
)
)
)
)
)

Case No.   MJ18-5171

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A, attached hereto and incorporated herein.

located in the _____ Western _____ District of _____ Washington _____ , there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B, attached hereto and incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841, 843, 846 | Distribution/PWID; use of communication facility; conspiracy; money laundering |
| 18 U.S.C. § 1956 | |

The application is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Justin Jones, SA, HSI
*Printed name and title*

Sworn to before me pursuant to Crim.Rule 4.1.

Date: July 5, 2018

_____
*Judge's signature*

City and state:  Tacoma, Washington

Theresa L. Fricke, U.S. Magistrate Judge
*Printed name and title*

USAO# 2018R00790

**AFFIDAVIT OF JUSTIN JONES**

STATE OF WASHINGTON          )

                             )          ss

COUNTY OF PIERCE             )

I, JUSTIN JONES, a Special Agent with Homeland Security Investigations, Albany, New York, having been duly sworn, state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I have been a Special Agent with the Department of Homeland Security, U.S. Immigration and Customs Enforcement, Homeland Security Investigations ("HSI") since April 2009, and have been assigned to Albany, New York since my appointment. I have worked investigations involving financial and smuggling violations, immigration violations, financial crimes, commercial fraud, human trafficking, narcotics smuggling, and child pornography/exploitation. I have received training and experience in interviewing, interrogation techniques, arrest procedures, search and seizure, white collar crimes, and various other crimes. In the course of conducting and assisting with HSI investigations, I have been involved in the use of the following investigative techniques: interviewing confidential sources and cooperating witnesses; conducting physical and electronic surveillance; reviewing financial records; and the execution of search and arrest warrants. As a federal agent, I am authorized to investigate violations of the laws of the United States and to execute arrest and search warrants issued under the authority of the United States. I am a graduate of the Criminal Investigator Training Program, and ICE Special Agent Training Academy, taught at the Federal Law Enforcement Training Center ("FLETC"), located in Glynco, Georgia. As a result of my training and experience, I am familiar with how various drugs are used and the typical distribution and trafficking methods used by drug dealers and traffickers. In addition, I am also familiar with the typical methods used by traffickers to "courier" and clandestinely transport

SA JONES AFFIDAVIT - 1
USAO# 2018R00790

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   controlled substances, including through the use of "darknet" markets such as AlphaBay,[1]

2   the TOR network (a/k/a "the Onion Router"), encrypted messaging applications, and the

3   use of intermediary couriers (a/k/a "dropshippers") to facilitate the distribution of

4   controlled substances.  I have become familiar with drug smuggling, trafficking and

5   distribution schemes, as well as, the laws relating to drug smuggling, trafficking and

6   distribution, the interpretation and application of federal laws, and federal court

7   procedures.  I have conducted and participated in several investigations relating to drug

8   smuggling and trafficking, and have participated in searches and seizures of locations

9   utilized to store and traffic drugs.

10       2.       The facts in this affidavit come from my personal observations, my training

11   and experience, and information obtained from other agents and witnesses. This affidavit

12   is intended to show merely that there is sufficient probable cause for the requested

13   warrant and does not set forth all of my knowledge about this matter.

14                          **PURPOSE OF THIS AFFIDAVIT**

15       3.       This affidavit is submitted in support of an application under Rule 41 of the

16   Federal Rules of Criminal Procedure for a warrant to search the following:

17               a.       the person of Austin Michael HASKINS (DOB: XX/XX/1994)

18   ("HASKINS");

19               b.       3411 Bridgeport Way W., Apartment 9, University Place,

20   Washington, as well as any common areas in or associated with the building containing

21   Apartment 9 (hallways, lobby, foyers, yard, patio, parking), and any storage units,

22   lockers, closets, garages, or other locations on the property assigned to Apartment 9

23

24   _____

25   [1] AlphaBay was an online darknet market that allowed anonymous trading and communications
     and was accessible through the use of the TOR overlay network.  The TOR network (a/k/a "The

26   Onion Router") is an encrypted network that anonymizes web traffic and the location of
     computers by, *inter alia*, masking the user's IP address.  By accessing TOR, through the use of

27   special software that is readily available on the Internet, TOR users are able to visit websites
     within the TOR network, known as "hidden services," including darknet websites such as

28   AlphaBay.

SA JONES AFFIDAVIT - 2
USAO# 2018R00790

1    (the "SUBJECT PREMISES");

2              c.      a green-grey 1996 Toyota Camry (VIN 4T1BG12K4TU78480) with

3    Washington State license plate BCM3156, registered to Austin Michael HASKINS (the

4    "SUBJECT VEHICLE"); and

5              d.      P.O. Box 12000, Olympia, WA 98508-1200 (the "PO BOX");

6    as further described in Attachment A, attached hereto and incorporated herein, and to

7    seize from those locations evidence of violations of 18 U.S.C. § 1956 (money

8    laundering), 21 U.S.C. § 841(a) (1) (distribution of controlled substances), 21 U.S.C. §

9    843 (use of a communication facility in furtherance of drug trafficking) and 21 U.S.C. §

10   846 (conspiracy), as further described in Attachment B, attached hereto and incorporated

11   herein.

12       4.      HASKINS is a 23-year old male who, according to Washington State DMV

13   records, resides at 3411 Bridgeport Way W., Apartment 9, University Place, Washington,

14   98466, as of June 2018.  As detailed herein, HASKINS has used the 3411 Bridgeport

15   Way W. address in dealings with law enforcement to facilitate the distribution of LSD.[2]

16   A photograph of HASKINS is contained in Attachment A.

17       5.      The SUBJECT PREMISES is located within the "Bridgeporter" apartment

18   complex at 3411 Bridgeport Way W.  The Bridgeporter is a multi-unit apartment

19   building, green in color, with white trim.  The numbers "3411" are visible from

20   Bridgeport Way W.  Apartment 9 has a red door with a black number "9" located above

21   the door.  The door to Apartment 9 faces west toward Bridgeport Way W.  Photographs

22   of this location are contained in Attachment A.

23       6.      The SUBJECT VEHICLE is a green-grey 1996 Toyota Camry (VIN

24   4T1BG12K4TU78480) with Washington State license plate BCM3156 registered to

25

26   _____

27   [2] A law enforcement database check on June 3, 2018, indicated that HASKINS is also associated
     with an address at 7902 27th Street, Apartment J., University Place, Washington.  As noted,

28   herein, however, the SUBJECT VEHICLE and HASKINS have been observed at the SUBJECT
     PREMISES subsequent to June 13, 2018.

SA JONES AFFIDAVIT - 3
USAO# 2018R00790

1  HASKINS.  As detailed herein, law enforcement has observed HASKINS driving the

2  SUBJECT VEHICLE on January 24, 2018, in connection with a meeting with an

3  undercover law enforcement officer concerning a Bitcoin for cash transaction.

4  Additionally, the SUBJECT VEHICLE is registered with the Washington State DMV to

5  HASKINS at the SUBJECT PREMISES.  A photograph of the SUBJECT VEHICLE is

6  contained in Attachment A.

7       7.    The PO BOX is a standard Post Office Box located at a U.S Post Office in

8  Olympia, Washington.

9       8.    This application is being presented by electronic means pursuant to local

10  Criminal Rule CrR 41(d)(3).

11                      **DETAILS OF INVESTIGATION**

12       9.    On March 13, 2018, HASKINS, using the telephone number (206) 485-

13  0673, exchanged numerous SMS text messages with an HSI confidential source

14  ("CS1").[3]  Law enforcement is monitoring the activities of CS1 by, *inter alia*, inspecting

15  and downloading content from CS1's electronic devices, including CS1's smartphone

16  (which CS1 uses to communicate with HASKINS) and personal computers.  CS1 told

17  law enforcement that, prior to CS1's arrest, CS1 and HASKINS had a relationship

18  whereby CS1 would cause LSD to be shipped to HASKINS (primarily from third parties

19  over the Internet) and HASKINS would, in exchange for a fee, ship LSD to customers on

20  behalf of CS1.  A review of digital records seized from CS1—including a digital ledger

21  of drug transactions maintained by CS1—confirms CS1 had dealings with HASKINS

22  prior to CS1's arrest.  Specifically, as detailed below, on June 15, 2018, HASKINS

23  emailed CS1, at CS1's request, eight Microsoft Excel files (a/k/a "books").  A

24   

25  [3] CS1 is cooperating with authorities in an effort to obtain leniency in connection with pending

26  state and federal charges related to the distribution of significant quantities of LSD (i.e., over 150 grams) and MDMA (i.e., over 40 kilograms) over the "darknet."  CS1 does not have any reported

27  criminal history other than these criminal charges.  CS1 has, since becoming a cooperator, provided reliable information to law enforcement resulting in the seizure of significant quantities

28  of controlled substances and proceeds.

comparison of these files with files recovered from a thumb drive seized from CS1, pursuant to a search warrant, confirmed that two of the files were forensically identical, and the other six files provided to CS1 via email were consistent in terms of file names and content. The two identical files, "L Meth 4.18.xls" and "L METH 4.20.xls" reflect names, addresses, quantities, and other information for the shipment of LSD. Additionally, HASKINS corroborated his prior criminal relationship with CS1 during recorded phone conversations and electronic communications, including SMS text messages, with CS1, as detailed below. Based on their prior dealings, and at the instruction of law enforcement, CS1 began communicating with HASKINS about working together again to distribute LSD via the darknet by using CS1's verifiable online identity, "Pelican," which is renowned on darknet markets as a reliable provider of high-quality LSD and MDMA. A portion of the SMS text messages between CS1 ("Outgoing") and HASKINS ("Incoming") are below:

| Date | Time | Direction | Content |
|------|------|-----------|---------|
| 3/13/2018 | 08:35:37 PM EDT | Incoming | I love that show! It's fucking dope. I'm getting ready to go pay some bills and pick up a bunch of priority envelopes lmao |
| 3/13/2018 | 08:39:43 PM EDT | Outgoing | Make a thrown out of them. |
| 3/13/2018 | 08:42:14 PM EDT | Incoming | You think I won't? This is gonna be crazy |
| 3/13/2018 | 08:43:51 PM EDT | Outgoing | I want to see stacks lol |
| 3/13/2018 | 09:02:04 PM EDT | Incoming | Lmao fine, I'm gonna take pics for you later. I'm trying to hit up every place I can since this is gonna happen |
| 3/13/2018 | 09:03:35 PM EDT | Incoming | I'm gonna take a picture of the 110 pages covering the entire floor. Lol |
| 3/13/2018 | 09:04:19 PM EDT | Outgoing | I want to post a photo of all the mailers saying #vendorprobs |
| 3/13/2018 | 09:05:21 PM EDT | Incoming | When we get all the pages I could take a pic of them lined up all over the floor around the envelopes. That way bitches know we are packing heat. |

SA JONES AFFIDAVIT - 5
USAO# 2018R00790

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| 3/13/2018 | 09:05:51 PM EDT | Incoming | I am coming up with a new pelican name. That way I can do CS and have my gf do it when I'm too lazy or out shipping |
|---|---|---|---|
| 3/13/2018 | 09:08:49 PM EDT | Outgoing | Brother_Pelican tehehehe I am trying to appeal my pelican_vrndor ban. How many tabs do you think you shipped total how many packages |
| 3/13/2018 | 09:16:01 PM EDT | Outgoing | So are you retiring sister pelican name? You have to talk like either a thug or a by bible kind of gentleman I prefer Brother_Pelican being iblical thought |
| 3/13/2018 | 09:20:53 PM EDT | Incoming | Definitely retiring her name. I shipped around 250,000 tabs. And probably shipped 2,000+ packs without a doubt. I want to be biblical brother pelican |
| 3/13/2018 | 09:21:07 PM EDT | Incoming | I'm making the name when I get home |
| 3/13/2018 | 09:21:12 PM EDT | Incoming | 90% plus of all orders was 1 sheet man |
| 3/13/2018 | 09:21:30 PM EDT | Incoming | Probably sold a bit more L and had closer to 2500 packs |
| 3/13/2018 | 09:57:56 PM EDT | Incoming | Have you ever thought about there being two pelicans? Like we could have your account, ship all that mdma, presses, etc through it. Then eventually turn Brother_Pelican into the acid hub or something. I could run that eventually and do a shit ton of acid. But I give you a cut of everything. Or you could still pay for L and we'd do a split. I could do tons of bulk acid through that but you wouldn't have to worry about all the fucking customers. I could be the acid hub. |
| 3/13/2018 | 10:00:00 PM EDT | Outgoing | Never really thought of it if we can just get bulk customers shit is ez then |
| 3/13/2018 | 10:11:49 PM EDT | Outgoing | Btw if you call this number I have it on me more often that not. |
| 3/13/2018 | 10:15:31 PM EDT | Incoming | Perfect. Yeah, and you could control the PIN to it, and we'd both have the PGP pass for it. That way you're in control but I can't |

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | | withdrawal all the coin or anything. But I doubt you'd. E too worried about that. |
|---|---|---|---|

10.     Based on my training, experience and participation in this investigation, as well as communications with CS1, this SMS exchange is a conversation about CS1 and HASKINS collaborating to sell LSD (a/k/a "acid" a/k/a "tabs" (i.e., one dose of LSD) a/k/a "sheets" a/k/a "pages" (i.e., a piece of paper containing numerous "tabs") online. HASKINS tells CS1 that he is excited about resuming the sale of LSD online with CS1 and, in preparation, has been going to multiple locations to acquire shipping supplies (a/k/a "mailers" a/k/a "priority envelopes") to mail LSD to customers.  HASKINS tells CS1 that he will take photographs of the shipping supplies and LSD spread on the floor and use those photographs to sell the LSD online by showing potential customers (i.e., "bitches") they are "packing heat" (i.e., have plenty of LSD available).  HASKINS also talks about creating a new online pseudonym, "BROTHER_PELICAN," and "retiring" (i.e., discontinuing) his old online pseudonym, "SISTER PELICAN," to advertise and sell LSD online.  CS1 asks HASKINS how much LSD HAKSINS previously shipped to CS1's customers, based on their prior interactions.  HASKINS responds that he shipped approximately 250,000 doses of LSD over approximately 2,000 shipments, and notes that 90% of their prior orders were for one sheet of LSD per shipment.  HASKINS and CS1 also discuss the possibility of maintaining a jointly-operated pseudonym account that they could use to sell LSD collaboratively—rather than relying on CS1's online reputation and pseudonym—and discuss the logistics of how that would work, including by each having "the PGP pass" (i.e., encrypted password) for the jointly-operated account.

11.     On March 14, 2018, HASKINS, again using the telephone number (206) 485-0673, exchanged additional SMS text messages with CS1.  A portion of the SMS text messages between CS1 ("Outgoing") and HASKINS ("Incoming") are below:

| 3/14/2018 | 02:12:28 PM EDT | Incoming | Bout to make the account bruh. SQUAWK SQUAWK. When we have the Cid, I should take a photo of dozens of |
|---|---|---|---|

SA JONES AFFIDAVIT - 7
USAO# 2018R00790

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | | |
|---|---|---|---|
| | | | pages covering my floor with hundreds of shipping envelopes lmao. Then we can use that to hype the acid comeback |
| 3/14/2018 | 02:13:24 PM EDT | Incoming | I am trying to write a brother pelican sermon about acid. Like I'm a preacher and we are bringing our devoted followers the gift of eternal life. |
| 3/14/2018 | 02:58:14 PM EDT | Outgoing | This is going to be great hopefully the mods don't delete it. |
| 3/14/2018 | 03:26:57 PM EDT | Incoming | They definitely won't, there's no reason for them to. So long as we don't mention price or anything. The account is made. I'm so stoked this is happening, my gf is stoked too. It's her birthday and I'm getting priority envelopes before I pick her up from school lmao |
| 3/14/2018 | 03:31:33 PM EDT | Outgoing | You posted it already? |
| 3/14/2018 | 03:31:56 PM EDT | Incoming | No dude, I just created the account |
| 3/14/2018 | 03:32:09 PM EDT | Incoming | I don't have the pages yet obviously |
| 3/14/2018 | 03:32:37 PM EDT | Incoming | I figure it'll be a few weeks before we know what's happening |
| 3/14/2018 | 03:32:40 PM EDT | Outgoing | I meant the brother pelican vs post lol |
| 3/14/2018 | 03:34:13 PM EDT | Incoming | No, not yet. Waiting for the L stuff to happen before our holy brother makes his appearance. He shall ascend from the heavens and quench the thirst for enlightenment |

\*\*\*

| | | | |
|---|---|---|---|
| 3/14/2018 | 10:27:33 PM EDT | Incoming | When ju want 2 chat boi |
| 3/14/2018 | 10:32:25 PM EDT | Outgoing | When do youmm |
| 3/14/2018 | 11:25:59 PM EDT | Outgoing | Call me when you want bigboi it's getting late here |

SA JONES AFFIDAVIT - 8
USAO# 2018R00790

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

| 3/14/2018 | 11:27:36 PM EDT | Incoming | Kkkk one sec |

12.     Based on my training, experience and participation in this investigation, as well as communications with CS1, this SMS between CS1 and HASKINS is a conversation about CS1 and HASKINS resuming the distribution of LSD (a/k/a "CID" a/k/a "acid" a/k/a "pages") online.  HASKINS talks about making "the account," i.e., the previously-discussed online pseudonym "BROTHER_PELICAN,"  and again talks about taking photographs of LSD (a/k/a "pages") and shipping envelopes on his floor and posting them on online markets to "hype" the LSD.  HASKINS assures CS1 that the "mods" (a/k/a moderators) of various forums will not delete those promotional photographs as long as they do not mention prices.  At 10:27 p.m., HASKINS asks CS1 to speak on the phone, and at 11:25 p.m. CS1 tells HASKINS to call CS1.

13.     Two minutes later, on March 15, 2018, at 11:27 p.m., CS1 received a phone call from HASKINS using the telephone number (206) 485-0673.  The conversation was recorded, and CS1 confirmed that the caller was HASKINS, whose voice he recognized based on their prior verbal communications.  Relevant excerpts of the call are below:

*7:30 minutes*

HASKINS:     "Yeah cause around this time is when we did the giant sale last year."

*13:35 minutes*

CS1:        "Do you want to hear my idea for TRUST?"[4]

HASKINS:     "Fuck yeah, I'm so hard for this."

*15:10 minutes*

---

[4] TRUST a/k/a TEAMTRUST a/k/a TRUSTINUS a/k/a TIU a/k/a T ("Trust") is, per CS1, one of the primary suppliers of LSD for CS1.  I also know, from my training, conversations with other law enforcement, and this investigation, that "Trust" sells significant quantities of LSD online.  In connection with this investigation, law enforcement has received seized quantities of confirmed LSD from "Trust" (as well as LSD and MDMA from CS1).

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  HASKINS:  "Wait what's the plan though, what's the plan with TRUST?"

2  CS1:  "So, alright, so, I'm thinking if we do it, we might as well get the best
3  price we can get from TRUST, which, um, I know, I mean every
4  single time he's offered L, it's been, um, the best prices is when you
   buy 100,000 tabs, right?"

5

6  HASKINS:  "Yeah."

7  CS1:  "So I figure, um, we put down, we both put down 50, right?  You get
8  100…."

9  HASKINS:  "Yup."

10  CS1:  "I don't know if he's gunna ship it all at once.  Or.  So here's the thing
11  too.  Um.  Based off the…What the fuck?  Based off the post,
12  on…excuse me… on, on um, The HUB, it looks like he's laying the
   Pelican print. (unintelligible)… and everything else, cause he's
13  stressed and he's going to be a dick.  But it's also going to be cheaper
14  to buy.  I think we need to get it like, in the same, ah, the same
   strength, the 100-115 or 100-110 micrograms, whatever it was.  Um."

15

16  HASKINS:  "Yeah"

17  CS1:  (unintelligible) "…so if we both throw in $50,000, we get the best
18  price you can do it.  Probably no promoter bullshit, I don't know, I'm
   down for it, but like, realistically, I don't even need it."

19

20  HASKINS  "I can get, I, yeah, we can get everything ready."

21  CS1:  "Also like. You know what, we're probably better off just having it
22  pre-packaged and selling it as it comes. Because, like, there's no point
   to like, to like spook people and like. I don't know, why don't we do
23  it like normal.  It's not like it's that big of a deal.  The only benefit we
24  had from the pre-sale, is we sucked up everyone's money, so they
   couldn't order from somebody else because all their money was tied
25  up with us…(unintelligible)."

26  HASKINS:  "But I think we'll still, like, dude, none of, it was like all those were
27  basically new, new customers when we did that.  Like I've looked
28  through the order books."

SA JONES AFFIDAVIT - 10
USAO# 2018R00790

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

*17:15 minutes*

HASKINS:   "Like dude, we're going to fucking smash.  Like I plan on, I was thinking, like we'll do the first hundred and then we'll order, you know, another 50, then another 50, and another 50 and another 50.  And be like, you know…

*17:37 minutes*

CS1:   "So if you don't have any bitcoin, I think it'll be easier for you to mail it to me, like the cash, right and I'll just use bitcoin."

HASKINS:   "I, yeah, I have like…"

CS1:   "But if you don't have any bitcoin, you can just do that but if you have cash, I know you can mylar."

HASKINS:   "Yeah I have, let me check my, ah, electrum.  I think I have like 2 bitcoin.  So, I'm just send the rest in cash."

*19:00 minutes*

CS1:   "So yeah I figure, if we do, there's two situations right?  Um. We don't know who's going to be buying from TRUST, so I don't know what the scenes going to be like.  We can do like we did last time, we could set the price, either in the middle, a like a mid-price range, where all the numbers will follow, will follow us, right?  And people will just come to us because we have the best price.  Or we can do what we did that one time where we were making $10 a sale.  But we had so many sales it didn't even matter."

HASKINS   "I think we definitely shouldn't do 10 bucks a sale.  Like, that would be insanely low."

CS1:   "Yeah but we, that's what we did the, I mean that's what the bicycle day sale essentially was."

HASKINS:   "Yeah that was ten bucks a…"

CS1:   "Maybe it was 15, but we killed it though."

SA JONES AFFIDAVIT - 11
USAO# 2018R00790

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| HASKINS: | "Yeah." | |
| CS1: | "The orders were, I mean, you shipped, I think you shipped 300 packages a day once. I mean that was the back log you know." | |
| HASKINS: | "Yeah but on, ah, last, last year though, not the summer, but the, ah, when we did like the most ever, we did like 250,000 tabs. Ah we were making like $100…" | |
| CS1: | "Alright so, I think you've shipped like 200,000 because I can only account for six orders from TRUST. And the maximum order was for 50,000. Actually no, six orders, cause three were 50,000, the rest were 25,000 tabs. The first two were 25,000 tab orders. And I don't even think, regardless, it was like, it was like 150,000 – 200,000 tabs. But..." | |
| HASKINS: | "But we can, I think we can make, cheaper going for like 220 a pop right now." | |
| CS1: | "…so yeah we'll sell them for 200 bucks and get them moving." | |
| HASKINS: | "We should make good money on that, right?" | |

*21:33 minutes*

| | |
|---|---|
| HASKINS: | "Yeah and I wanna do like, dude, I'm in the game to do this to like, like 300-400,000." |
| CS1: | "Holy shit. Alright, if you're down to do it, we can do it." |
| HASKINS: | "Bro I got, I'm going to close my laptop, I've got my girlfriend." |
| HASKINS: | "My girlfriend is ready to help me ship. Like she's ready to type up labels." |
| CS1: | "Didn't she help last year?" |
| HASKINS: | "Ah, no, I was like, when she did help, no she did help the first time we did something and she did an amazing job. But my mom will help too if I need it. But I don't think I'll need her help. But dude, no, I |

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| 1 | | can do that much.  You know, dude when I had my own vending |
| 2 | | account, I did like, ah, like 700 plus orders in a month.  I was able to |
| 3 | | do." |

4   CS1:         "What were you selling?"

5   HASKINS:     "Ah, MDMA, MDMA, cause I bought it from you."

6
                              ***23:05 minutes***
7

8   HASKINS:     "But like I'm down, I was thinking we'd do like 300-400,000 tabs and
9                I'm, I'm also down to, um, like drive to another"

10  CS1:         "How much, how much M, do you think you've shipped?  That was
11               under, that was under, um, cause, I think you ever did M did you?
                 (Unintelligible) KACIKZ"

12
13  HASKINS:     "How much did I ship?"

14  CS1:         "I'm just curious.  Yeah from KACIKZ like the stuff that you bought.
15               (unintelligible)"

16  HASKINS:     "I think I did like, ah, like 4 keys.  Cause I only did that, it, I sold like
17               half a key a week."

18  CS1:         "Now, now, will you like tell me, I'm just curious, will, will you tell
19               me what vendor account you used?"

20  HASKINS:     "Yeah dude, I was, ah, I was UNITYUSA."

21
                              ***33:57 minutes***
22

23  HASKINS:     "And I was thinking that, ah, if you wanted I could lay out a tarp
24               somewhere and I could lay out like a hundred pages or something.
                 When I get it just for you."

25  CS1:         "How many mailers do you think you have so far?"

26
                              ***34:43 minutes***
27

28  HASKINS:     "I was thinking I would order, ah, like 10 or 12 boxes of mailers to

SA JONES AFFIDAVIT - 13
USAO# 2018R00790

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | | my parents' house." |
| 2 | CS1: | "How much…is there 50 in those or er…." |
| 3 | | |
| 4 | HASKINS | "100 in each." |
| 5 | CS1: | "Oh yeah that'll do it." |
| 6 | HASKINS: | "Maybe 1,500 to get prepared for this shit." |
| 7 | | |

*38:16 minutes*

HASKINS:   "But. Yeah. No. We specifically did well over 1,000 orders last time. And that was when I was like not in a good place. Now I can work fucking 3 times as hard. Like dude, I can do this shit. I can probably pack 400 packs in a day if I needed."

*39:46 minutes*

HASKINS:   "And I plan on that we're going to keep going back in on it too."

CS1:   "So I was thinking, if you, if you pitch in on it, you wanna do 60/40 you?"

HASKINS:   "Ah if I'm shipping it? So I was thinking 50/50 for your half, but…."

CS1:   "Well I was thinking, I was thinking, if we both throw money down to buy it, right? If you're shipping it, you're getting, from profit, you're getting 60% profit, I'll take 40. And you're also getting, you know you're also getting your money back that we're paying for postage, so you're also getting the postage fee, obviously because you're paying for postage. And we know how fast postage adds up."

*43:01 minutes*

HASKINS:   "So like I'm, I'm down if we do like 400,000 tabs or even fucking half a million over a period. I'm down with doing other stuff after that too."

CS1:   "Yeah. Ok, what do mean, like M?"

SA JONES AFFIDAVIT - 14
USAO# 2018R00790

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

1   HASKINS:   "Yeah, like I'm down with the press."

2
3                        *43:55 minutes*

4   HASKINS:   "Yeah see I have no in real life stuff.  I have drops not in my name,
5              not with my face attached, (unintelligible).  I can get a bunch bro."

6                        *46:16 minutes*

7   HASKINS:   "I just did the math.  Bro I just did the math, on like the cut that I was
8              thinking we would do.  That was like, ah, I don't, it was like more
9              harsh than that.  Except for, ah, like the only difference is that with
10             our cut that you said, I'd have $300,000 made in profit or so.  Once I
               shipped, 500,000 tabs, but ah…"

11  CS1:       "Yeah, let's say, so let's say its 500,000 tabs, right.  Let's just say
12             we're making $50 a tab, there's 50 on a sheet, that's $250,000.  Yeah
13             actually 50, 40, yeah you'd be making $300,000.  Which is pretty
               ridiculous."

14  HASKINS:   "Yeah dude I'm down with that and I'm down with not putting
15             (unintelligible) cut."

16                       *47:47 minutes*
17
18  HASKINS:   "No bro I have like literally a stack of like $150,000"

19  CS1:       "I hate you."

20  HASKINS:   "Bro I can cash out.  The thing is too, I'm a going to be able to cash
21             anything you need out too.  And I get 10% from the people I sell it to,
22             to 15%.  But, yeah, no dude I'm down with 60/40, especially if you're
23             gunna be willing to keep doing more and more acid.  And then we can
               do other stuff."

24  CS1:       "Yeah.  I think that's more fair than (unintelligible), I think that's fair,
25             you know."

26  HASKINS:   "Yeah I mean hey, shit, and I'm covering half of it anyway.  Like we
27             can just keep…"

28

SA JONES AFFIDAVIT - 15
USAO# 2018R00790

1      CS1:       "Exactly."

2      14.     Based on my training, experience and participation in this investigation, as

3 well as communications with CS1, this phone conversation between CS1 and HASKINS

4 is an ongoing conversation about CS1 and HASKINS resuming the distribution of LSD

5 online. Specifically, the two discuss buying, and redistributing, between 100,000 and

6 500,000 doses of LSD from "Trust." They discuss the strength of the LSD (e.g., "100-

7 115 or 100-110 micrograms") and the fact that the LSD supplier, "Trust," is using

8 "Pelican print" (i.e., placing images of pelicans on the LSD sheets, consistent with their

9 prior arrangement). HASKINS then tells CS1 that because he does not have a large

10 quantity of digital currency available, he will mail cash to CS1 (in Mylar bags) so that

11 CS1 can then order the LSD from "Trust." HASKINS and CS1 then discuss prior sale

12 promotions they used to increase orders of LSD (e.g., the "bicycle sale") and the fact that

13 "the most ever we did like 250,000" tabs in one order from "Trust." HASKINS and CS1

14 also discuss that HASKINS obtained MDMA a/k/a ecstasy from CS1, and that

15 HASKINS was distributing multiple kilograms of MDMA that he obtained from CS1 as

16 well as another online MDMA supplier (i.e., "KACIZK"). HASKINS and CS1 discuss

17 how they will divide the profits from the sale of the LSD.

18      15.     On March 18-19, 2018, HASKINS, again using the telephone number (206)

19 485-0673, exchanged additional SMS text messages with CS1. A portion of the SMS

20 text messages between CS1 ("Outgoing") and HASKINS ("Incoming") are below:

21
22

| 03/18/2018 | 09:38:15 PM EDT | Incoming | The Danwin site has issues receiving emails from other places |
|---|---|---|---|
| 03/18/2018 | 09:38:20 PM EDT | Incoming | Email sent though |
| 03/18/2018 | 10:04:22 PM EDT | Incoming | Sent tmg one too |
| 03/19/2018 | 06:48:19 PM EDT | Incoming | Noting from t yet |
| 03/19/2018 | 06:49:02 PM EDT | Outgoing | He sent a short message |

23
24
25
26
27
28

| 03/19/2018 | 06:49:43 PM EDT | Incoming | good or bad? |
|---|---|---|---|
| 03/19/2018 | 06:50:10 PM EDT | Outgoing | He saidnhe is busy right now |
| 03/19/2018 | 06:51:29 PM EDT | Incoming | What do you think that means? Busy for a few hours?days? Or did he pop into chat |
| 03/19/2018 | 06:51:47 PM EDT | Outgoing | Days |
| 03/19/2018 | 06:52:10 PM EDT | Incoming | That's not a bad sign |
| 03/19/2018 | 06:57:13 PM EDT | Incoming | What do you think?  Also, I'm gonna be starting TRT |

16.     Based on my training, experience and participation in this investigation, as well as communications with CS1, this SMS exchange between CS1 and HASKINS is a conversation about CS1 and HASKINS obtaining LSD from "Trust" (i.e., "T"). HASKINS tells CS1 that he was having trouble with an anonymous email service (i.e., the "Danwin site") but that he sent emails to potential suppliers.  CS1 tells HASKINS that he communicated with "Trust" and that "Trust" indicated he was busy and it would be "days" before "Trust" would be in a position to sell LSD to CS1 so that CS1 could send it to HASKINS.  HASKINS also tells CS1 that he is going to start using steroids, including "TRT" (i.e., testosterone replacement therapy).[5]

---

[5] On April 16, 2018, HASKINS and CS1, via SMS text, had an extensive, unrelated conversation about HASKINS' use of steroids.  For example, HASKINS told CS1 "Dbol and 1g test feels amazing" and that "I'm front loading for a cycle, that's all.  1 g this week, then 500 for the next 12.  Then down to 200-250 regularly" and that he was "just making sure I can get nice and juicy." CS1 warns HASKINS to "do some homework before doing a cycle.  TRT is to normal you out not to just k up your test to a roid user.  If you're trying to abuse it do homework regardless," to which HASKINS responds "Oh I have been doing it. Most of the recommendations have been to run test at 500mg for 12 weeks with only 4 weeks dbol. I'm trying to heal the muscle around my back. I've been all up in this shit. It's cheaper to order test online than pay to go to the doctors. So I gotta get blood draws, but still $30 pays for 2 months." HASKINS also tells CS1 "I have HGC so my balls don't shut down nor does any of the important stuff.  Also have an AI to handle estrogen."  Based on my training and experience, and conversations with CS1, HASKINS and CS1 are discussing the fact that HASKINS possesses anabolic steroids and is using them illegally.

SA JONES AFFIDAVIT - 17
USAO# 2018R00790

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1      17.    On April 3-6, 2018, HASKINS, again using the telephone number (206)

2  485-0673, exchanged additional SMS text messages with CS1.  A portion of the SMS

3  text messages between CS1 ("Outgoing") and HASKINS ("Incoming") are below:

| | | | |
|---|---|---|---|
| 4/3/2018 | 01:45:15 AM EDT | Outgoing | I'm going to message trust tomorrow and try to start talking prices. Would you want to mail money to throw down or sum coin. |
| 4/3/2018 | 02:16:40 AM EDT | Incoming | Yeah, Ill do both. Just lmk how much we are ordering and Ill make sure to keep enough coin for shipping. I can do the rest in cash. |
| 4/3/2018 | 12:12:43 PM EDT | Outgoing | 25-50k we both throw in? Thoughts? |
| 4/3/2018 | 07:17:38 PM EDT | Incoming | Yep I'm down |
| 4/3/2018 | 07:17:55 PM EDT | Incoming | I didn't get this until now for some reason, sorry papa. Just hit the gym for 3 hours. |
| 4/3/2018 | 07:18:07 PM EDT | Incoming | 25-50k to start and then see how everything goes |
| 4/3/2018 | 07:38:37 PM EDT | Outgoing | Sounds good |
| 4/3/2018 | 11:39:20 PM EDT | Incoming | Kk |
| 4/4/2018 | 12:55:00 PM EDT | Outgoing | What were trusts other emails. I'm having issues signing in to the hub |
| 4/4/2018 | 01:09:13 PM EDT | Incoming | Ok daddy, let me check |
| 4/4/2018 | 03:25:06 PM EDT | Incoming | You can pop on my TMG and send him a message, I'm finding his email now |
| 4/4/2018 | 03:26:26 PM EDT | Outgoing | Will do cutiepie |
| 4/4/2018 | 04:34:21 PM EDT | Outgoing | Tmg down |
| 4/4/2018 | 04:34:44 PM EDT | Incoming | God damnit, I'm gonna send u his fucking ridiculously long email then. |
| 4/4/2018 | 04:35:07 PM EDT | Incoming | Kk B.B. |

| 4/4/2018 | 05:13:09 PM EDT | Incoming | TrustInUs@tt3j2x4k5ycaa5zt.onion. You have to set up a danwin email to send a message to it. He is locked out of his secmail. |
|----------|------------------|----------|---|
| 4/4/2018 | 05:14:35 PM EDT | Outgoing | That's a lie secmail doesn't have lock our for in proper logins lol what are his emails aside from that one.. I like to be a pain but I'll make one if I have to |
| 4/4/2018 | 05:15:43 PM EDT | Outgoing | In having issues signing in to anything on tor. About to reinstall Windows if I have to. Using a remote server to browse tor software doesn't like me right now |
| 4/4/2018 | 05:16:43 PM EDT | Incoming | He probably locked himself out aka forgot his password because he suffers from retard disease. AKA that fuckin' bird flu.   My whonix is working A-OKAY.   Let me see if I can find other ones; I can always just send u my sister pelican login. |
| 4/4/2018 | 05:18:50 PM EDT | Incoming | Login is sisterpelican@tt3j2x4k5ycaa5zt.onion. Darwij55ss |
| 4/4/2018 | 05:26:06 PM EDT | Outgoing | Is retarded disease contagious |
| 4/4/2018 | 05:26:35 PM EDT | Outgoing | Okay I'm going to try that onion. |
| 4/4/2018 | 05:27:00 PM EDT | Incoming | It's contagious but jokes on him, we are immune carriers. We blow our bird loads into people and give them retard disease. |
| 4/4/2018 | 05:27:43 PM EDT | Outgoing | Oh god |
| 4/4/2018 | 06:02:13 PM EDT | Incoming | LOL |
| 4/4/2018 | 06:03:39 PM EDT | Incoming | Im glad BTC is low, we are going to make a lot of fucking BTC. Ill probably sell most of it after we re-up a few times, but Im still stoked. |
| 4/5/2018 | 03:19:13 PM EDT | Incoming | Any news, Papi? |

SA JONES AFFIDAVIT - 19
USAO# 2018R00790

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| 4/5/2018 | 03:20:06 PM EDT | Outgoing | Just waiting on T |
|----------|-----------------|----------|-------------------|
| 4/5/2018 | 04:52:41 PM EDT | Incoming | Kkk, did u ever send a book or anything to my drop? |
| 4/5/2018 | 05:00:26 PM EDT | Outgoing | Not yet was going to wait till your test made it first |
| 4/5/2018 | 05:00:40 PM EDT | Outgoing | Did my message send |
| 4/5/2018 | 05:23:16 PM EDT | Incoming | Got it! I'm gonna send my test today. It'll arrive tomorrow. Fuck driving 45 mins to check it lol |
| 4/6/2018 | 05:41:51 PM EDT | Incoming | Hear anything yet? If not, try tmg. |
| 4/6/2018 | 05:45:45 PM EDT | Outgoing | He is busy he responded he will get back to me. |
| 4/6/2018 | 07:44:43 PM EDT | Incoming | Dope, I think my test pack landed today. If not it'll land tomorrow. SQUAAAWK. |

18.    Based on my training, experience and participation in this investigation, as well as communications with CS1, this SMS exchange between CS1 and HASKINS is a conversation about CS1 and HASKINS combining their money to purchase LSD from "Trust." CS1 asks HASKINS if he would prefer to send CS1 cash or digital currency (i.e., "sum coin") that CS1 will use to purchase LSD from "Trust." HASKINS responds that he will send both. CS1 and HASKINS then discuss ways to contact "Trust," including prior secure email accounts used by "Trust." CS1 tells HASKINS that "Trust" told CS1 that "Trust" would get back to CS1 soon. HASKINS and CS1 also discuss a "test package" that HASKINS was sending to a P.O. Box—the details of which were communicated to CS1 from HASKINS via Wickr Me, an encrypted messaging application, as described further below—that HASKINS established for the purpose of receiving LSD from "Trust." HASKINS and CS1 also discuss that CS1 was going to send a test package to the P.O. Box after HASKINS confirmed that his test package was received without incident. HASKINS tells CS1 that it will take HASKINS 45 minutes to drive to the P.O. Box.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

19.     On April 11, 2018, HASKINS, again using the telephone number (206) 485-0673, exchanged additional SMS text messages with CS1.  A portion of the SMS text messages between CS1 ("Outgoing") and HASKINS ("Incoming") are below:

| 4/11/18 | 11:38:30 PM EDT | Incoming | Ayyyy |
|---------|-----------------|----------|-------|
| 4/11/18 | 11:38:35 PM EDT | Incoming | My drop is perfect |

20.     Based on my training, experience and participation in this investigation, as well as communications with CS1, this SMS exchange between CS1 and HASKINS is a conversation wherein HASKINS confirms to CS1 that his "drop is perfect," meaning that the P.O. Box that HASKINS obtained under the name Dominick Pastori, at P.O. Box 12000, Olympia, WA 98508-1200, was accessible to HASKINS, and that HASKINS had received a test package at that P.O. Box, and, therefore, CS1 and HASKINS could now use that P.O. Box safely to receive shipments of LSD from "Trust" (as previously discussed).[6]

21.     On April 16-17, 2018, HASKINS, again using the telephone number (206) 485-0673, exchanged additional SMS text messages with CS1.  A portion of the SMS text messages between CS1 ("Outgoing") and HASKINS ("Incoming") are below:

| 4/16/18 | 11:25:35 PM EDT | Incoming | How many packs should I send the cash in? Lmk what denominations you want too. I have either tons of fresh Benjamin's or twenties etc. |
|---------|-----------------|----------|-------|
| 4/16/18 | 11:57:37 PM EDT | Outgoing | Uhhh 1 or two express or priority. I like 100s |
| 4/17/18 | 12:12:34 AM EDT | Incoming | ;) I bet u do Papi, I know how 2 make u feel good. It'll definitely be 2 different ones |

---

[6] Records obtained from the U.S. Postal Service confirm that P.O. Box 12000 was opened under the name "Dominic Pastori" on February 6, 2018, and the individual who opened that P.O. Box provided a state identification card, email address, and vehicle registration number. The P.O. Box has been paid for in cash.

SA JONES AFFIDAVIT - 21
USAO# 2018R00790

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     22.     Based on my training, experience and participation in this investigation, as

2  well as communications with CS1, this SMS exchange between CS1 and HASKINS is a

3  conversation concerning HASKINS sending two "packs" of U.S. currency (i.e.,

4  "Benjamin's" a/k/a one-hundred-dollar bills and "twenties" a/k/a twenty-dollar bills) to

5  CS1 through the mail that CS1 will use to obtain LSD from "Trust."

6     23.     On April 19, 2018, over the course of several hours, CS1, using the Wickr

7  Me account "birdscanfly," communicated with HASKINS, using the Wickr Me account

8  "Rabidbearjew."[7]  Consistent with the discussions over SMS described above, CS1—

9  pursuant to law enforcement instruction—told HASKINS to send the "cash" to "M

10  Entertainment" located at 237 Main Street, P.O. Box 61, Ansonia, CT  06401-7736.

11  Relevant excerpts of the conversation on April 19, 2018, between HASKINS

12  ("Rabidbearjew") and CS1 ("birdscanfly") are as follows:

| | |
|---|---|
| CS1: | Send cash here<br>M Entertainment<br>237 MAIN ST<br>PO BOX 61<br>ANSONIA, CT 06401-7736 |
| CS1: | I wanted to make the name more gay |
| CS1: | I was going to go say Bird Supply Warehouse but that is just odd |
| HASKINS: | Hahahha |
| HASKINS: | Bro I am looking for my PO box keys right now |
| CS1: | still waiting on the sample order from trust |
| CS1: | but figure we get the ball rolling in meantime |

---

[7] Wickr Me is an encrypted smartphone application that allows users to send messages (text, voice, or photographs) with time limits that cause the messages to expire and delete automatically.  Law enforcement has configured a smartphone, controlled by law enforcement, to contemporaneously receive all communications sent or received by CS1 through CS1's "birdscanfly" Wickr Me account.

SA JONES AFFIDAVIT - 22
USAO# 2018R00790

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| HASKINS: | It'll show soon |
| CS1: | yeah I think I have mine otherwise asking the guy at the desk |
| CS1: | give me tracking when you get the chance |
| HASKINS: | I love that I trust you with 5 figures+ |
| CS1: | prob doesn't help I got like a dozen keys on my key ring that are all brass like the po box keys |
| CS1: | I read that as fingers and thought it was kinky |
| HASKINS: | Bro I have ten sets of keys |
| HASKINS: | I'd let you go knuckle deep in me |
| CS1: | lemme ghuess |
| CS1: | you never return your po box key for the $2 deposit huh lol |
| HASKINS: | You could wear me as a wedding ring, cause I'd bud like a rose for you |
| HASKINS: | The PO box isn't in my name, I wonder if I bring the receipt for it and a fake utility bill if they'd give me a new key.  I have two packages in it. |
| CS1: | prob |
| CS1: | just say I don't have my id on me |
| CS1: | but I did go to my mailbox on my way here and have some bills in the car |
| HASKINS: | I'll make fake insurance.  Oh fuck no, Hahahaha.  I've never returned keys ever |
| CS1: | you expressing the package |

SA JONES AFFIDAVIT - 23
USAO# 2018R00790

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    HASKINS:   [sends voice message to CS1]

2    CS1:       if so are I am assuming your going to just counter it

3    CS1:       Please no GAY LUBE AND DILDOS written on outside of pack
they already think I am weird

6    HASKINS:   [sends voice message to CS1]

7    HASKINS:   Yeah.  I will.  I want to find the keys before I send.  I'll go to the
counter and send two packages from two different post offices
maybe.  I'll use a printed label tho

9       24.     Based on my training, experience and participation in this investigation, as
well as communications with CS1, this Wickr Me exchange between CS1 and HASKINS
is a conversation concerning HASKINS sending U.S. currency to CS1 through the mail
that CS1 will use to obtain LSD from "Trust."

      25.     On April 24, 2018, HASKINS, again using the telephone number (206)
485-0673, exchanged additional SMS text messages with CS1.  A portion of the SMS
text messages between CS1 ("Outgoing") and HASKINS ("Incoming") are below:

| 4/24/18 | 04:15:02 PM EDT | Incoming | Hey, I'm sending a test package before cash. |
|---------|-----------------|----------|----------------------------------------------|
| 4/24/18 | 04:18:54 PM EDT | Outgoing | Sounds good |
| 4/24/18 | 05:23:24 PM EDT | Outgoing | Yeah send like. Box of dicks first. |
| 4/24/18 | 05:24:20 PM EDT | Incoming | Can U imagine sending 25k to some random PO box. |
| 4/24/18 | 05:24:49 PM EDT | Incoming | I mean, I did touch a bunch of L without rubber gloves. So I don't put anything past myself. |
| 4/24/18 | 10:57:07 PM EDT | Incoming | Ok U asked for it. Box of dicks on its way. |

      26.     Based on my training, experience and participation in this investigation, as
well as communications with CS1, this SMS exchange between CS1 and HASKINS is a

SA JONES AFFIDAVIT - 24
USAO# 2018R00790

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  conversation concerning HASKINS sending a test package to CS1 in advance of sending

2  actual U.S. currency, consistent with their communications over Wickr Me.

3      27.     On April 27, 2018, HASKINS, again using the telephone number (206)

4  485-0673, exchanged additional SMS text messages with CS1.  A portion of the SMS

5  text messages between CS1 ("Outgoing") and HASKINS ("Incoming") are below:

| 4/27/18 | 07:12:25 PM EDT | Incoming | Did everything arrive? |
| 4/27/18 | 11:13:02 PM EDT | Outgoing | Will check tmw |

9      28.     Based on my training, experience and participation in this investigation, as

10 well as communications with CS1, this SMS exchange on April 27, 2018, between CS1

11 and HASKINS is a conversation concerning HASKINS asking CS1 to confirm CS1

12 received the text package in advance of sending actual U.S. currency.

13     29.     On April 30, 2018, law enforcement retrieved package

14 9205590175547700071248446 from the U.S. Postal Service in Connecticut.  The

15 package was addressed to M Entertainment, PO BOX 739, New Haven, CT 06503-0739[8]

16 and the return sender was Jacob Riley, 3312 Bridgeport Way West Apt 3, University

17 Place, WA  98466.[9]  Inside the package was a stuffed animal, a photograph of a penis,

18 and a yellow note with the phrase "I Love Big Fat Bird Cocks."

19     30.     On May 11-12, 2018, CS1, using the Wickr Me account "birdscanfly,"

20 communicated with HASKINS, using the Wickr Me account "Rabidbearjew."  Relevant

---

24 [8] CS1 provided this P.O. Box address—different from the address described above—to HASKINS

25 at law enforcement instruction.  Law enforcement did not retain a copy of this communication between CS1 and HASKINS.  Subsequent to April 19, 2018, via Wickr Me, HASKINS sent CS1

26 a photograph of an adult male's genital region with a U.S. Postal Service shipping label in front accompanied by the message "I'm getting the tracking number."  The shipping label is illegible in

27 the photograph but generally matches the shipping label on the package that was ultimately received by law enforcement at the P.O. Box in New Haven, Connecticut.

28 [9] This is a different unit in the same complex where HASKINS resides.

SA JONES AFFIDAVIT - 25
USAO# 2018R00790

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  excerpts of the conversation on May 11-12, 2018, between HASKINS ("Rabidbearjew")

2  and CS1 ("birdscanfly") are as follows:

3      CS1:        Did you send it?

4      HASKINS:    Sending now, I was waiting to see what you said.  Should I send

5                       $40,000???

6      HASKINS:    Is is going to be a very large front hahaha

7

8      CS1:        Yeah lol all good

9      HASKINS:    Hey, just a quick test.  What was Pelican Jr's favorite band/artist?

10    CS1:        Tracking when you can

11

12    CS1:        Porter

13    CS1:        Duh

14    CS1:        Why?

15

16    HASKINS:    Just had to make sure u are u.  I'm gonna send you the tracking but

17                       also the drop address to confirm.

18    CS1:        Kk

19    HASKINS:    PO BOX 739, New haven, CT 06503

20    HASKINS:    M Entertainment

21

22    HASKINS:    Gonna be like 5-7 packs

23    HASKINS:    Or I can have them scan in over the counter

24    CS1:        Ight

25

26    HASKINS:    Oh boy, about to send u a pic

27    HASKINS:    You stoked?

28

SA JONES AFFIDAVIT - 26
USAO# 2018R00790

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | CS1: | It might be better to do less packs but definitely do over the counter |
| 2 | CS1: | That way we know its scanned and |
| 3 | | |
| 4 | CS1: | Pic yeah |
| 5 | HASKINS: | Sounds good.  Less packs and I'll send express and probably hit |
| 6 | | different post offices or something.  I'm sure they won't lose these |
| 7 | | packs. |
| 8 | HASKINS: | They'll be overnight since I'll get them in before 2 I believe. |
| 9 | HASKINS: | Need that new drop I have? |
| 10 | HASKINS: | [sends two photographs of four banded stacks of U.S. currency] |
| 11 | | |
| 12 | HASKINS: | Remember when T wouldn't ship to our PO box?  He got salty about |
| 13 | | it.  If I send 40k any idea what front we are getting?  Should I send $50k or is that too large?  Are you matching what I send? |
| 14 | CS1: | I'm going to match |
| 15 | | |
| 16 | CS1: | I'll have trust send like a few of each artwork so like 10k of x art |
| 17 | | work then 10k of x |
| 18 | CS1: | So we can have all the prints? |
| 19 | HASKINS: | Oh sick.  Okay.  You wanna start with 80k or do a full 100k? |
| 20 | | Sounds like a great idea.  No one ever minded last time. |
| 21 | CS1: | Your call |
| 22 | CS1: | Phone is dying btw |
| 23 | | |
| 24 | HASKINS: | I'm gonna send 40k.  Should get us fronts the size of last time.  Do |
| 25 | | you think he's gonna Double our purchase? |
| 26 | CS1: | He told me if we spent 100k we would be a top tier buyer |
| 27 | CS1: | He was going to give us a deal regardless |
| 28 | | |

SA JONES AFFIDAVIT - 27
USAO# 2018R00790

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | HASKINS: | Oh lol |
| 2 3 4 5 | HASKINS: | We will get all the prints, people shouldn't mind at all.  He can also send them all in the same big packages too.  I'm gonna send 50k. I'll send my drop address again in a day or two?  Or you just gonna ask before you place order? |
| 6 | CS1: | I'm going to ask before I order |
| 7 8 | CS1: | You can give me it again and I can write it down and I'll double check again prior to the order if you want it doesn't matter |
| 9 | HASKINS: | Yep.  I'll do that.  We are gonna make bank big boiii. |
| 10 11 | HASKINS: | I'm sending 50k.  Double my orig amount.  Sending drop now, then going and sending packs. |
| 12 13 | CS1: | Kk big ass front lmao |
| 14 | HASKINS: | LOL |
| 15 | HASKINS: | The labels will be made on the DYMO for the packs hahahahaha |
| 16 17 18 19 | HASKINS: | DOMINICK PASTORI PO BOX 12000 OLYMPIA, WA  98505-1200 They should just leave it as 98508 |
| 20 | CS1: | Yeah but it will work |
| 21 | CS1: | I don't know po boxes use 4 digits |
| 22 23 | HASKINS: | Yeah they do, cool shit right? |
| 24 25 | HASKINS: | [sends photographs of packs of currency and envelopes on coffee table] |
| 26 | HASKINS: | Sorting 150K lol.  So many 20's bro. |
| 27 | CS1: | Lmao I like 100s it's more manageable |
| 28 | | |

SA JONES AFFIDAVIT - 28
USAO# 2018R00790

1  HASKINS:  Same lmao.  After our first sale we are gonna mike this pile each
2            almost lol.  Lord.  We are gonna be rollin'

3  CS1:      Let me know if you ship it today and got tracking

4  HASKINS:  Gotcha sending in a moment

5

6  HASKINS:  92701901755477000000481230

7  HASKINS:  92701901755477000000481247

8  HASKINS:  They scanned it in front of me, hasn't even updated to show that lol

9
10 HASKINS:  Updated.  It's leaving Seattle.  Fuck yeah.

11    31.    Based on my training, experience and participation in this investigation, as

12 well as communications with CS1, this Wickr Me exchange between CS1 and HASKINS

13 is a conversation concerning HASKINS sending $50,000 in U.S. currency to CS1 so that

14 CS1 can purchase LSD from "Trust," which will be shipped to HASKINS at the P.O.

15 Box HASKINS obtained under the name Dominick Pastori, at P.O. Box 12000, Olympia,

16 WA 98508-1200.

17    32.    On May 14, 2018, law enforcement travelled to the U.S. Post Office in

18 New Haven, Connecticut to recover a USPS Priority Mail Express Flat Rate Parcel

19 bearing tracking number 92701901755477000000481247 and USPS Priority Mail

20 Express Flat Rate Parcel bearing tracking number 92701901755477000000481230

21 (Parcel 2) from an address controlled by the U.S. Postal Inspection Service.  Within

22 Parcel 1, law enforcement located a Tyvek mailing pouch which contained three separate

23 bundles wrapped in brown paper.  Each of the bundles was secured with a rubber band.

24 Parcel 1 contained $30,100 in U.S. currency.  Within Parcel 2, law enforcement located a

25 Tyvek mailing pouch which contained three separate bundles of U.S. Currency.  Parcel 2

26 contained $16,400 in U.S. currency.  The currency matched the photographs of currency

27 provided to CS1 by HASKINS via Wickr Me.  The sender name and address for both

28 Parcel 1 and Parcel 2 is listed as "Austin Haskins, 3411 Bridgeport Way W., Apartment

SA JONES AFFIDAVIT - 29
USAO# 2018R00790

1  9, University Place, Washington 98466."[10]  The package is listed as having shipped on
2  May 11, 2018.

3      33.      On May 14, 2018, HASKINS, again using the telephone number (206) 485-
4  0673, exchanged additional SMS text messages with CS1.  A portion of the SMS text
5  messages between CS1 ("Outgoing") and HASKINS ("Incoming") are below:

| 5/14/18 | 07:12:25 PM EDT | Incoming | Both landed |
|---------|-----------------|----------|-------------|
| 5/14/18 | 11:13:02 PM EDT | Incoming | Papa? |
| 5/14/18 | 05:20:12 PM EDT | Outgoing | Squuuuawk. Once we get the order shipped from trust I'll get an order book made and sent to you. |
| 5/14/18 | 05:30:55 PM EDT | Incoming | FUCK YEAH. |
| 5/14/18 | 05:31:31 PM EDT | Outgoing | That fat pack of 20's and 50's. Lol |
| 5/14/18 | 05:31:38 PM EDT | Incoming | I made that pack look legit as fuck. |
| 5/14/18 | 05:32:31 PM EDT | Outgoing | What did you do to it? |
| 5/14/18 | 05:33:26 PM EDT | Incoming | I just made it a rectangle, and it feels like a normal package. Like it has paper in it or little boxes. |
| 5/14/18 | 05:33:48 PM EDT | Outgoing | Boxes of casssssh |
| 5/14/18 | 05:34:05 PM EDT | Incoming | I just made sure everything was the same size and even. Then got it weighed and scanned it at the counter. Used a bubble mailer for the big pack of cash, and an envelope for The other 35k or so |

[10] On May 10, 2018, HASKINS, via Wickr Me, informed CS1 that HASKINS intended to use his real home address as the return address for the packages containing the U.S. currency because, in the event of a problem, he wanted the U.S. currency to be returned to him.  Law enforcement did not retain a copy of this communication.

SA JONES AFFIDAVIT - 30
USAO# 2018R00790

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| 5/14/18 | 05:34:26 PM EDT | Incoming | The smaller/regular envelope has the most money in it. 33.5k I think. |
|---|---|---|---|
| 5/14/18 | 05:34:51 PM EDT | Outgoing | What is in your package or a glass figurine hence the bubble wrap |
| 5/14/18 | 05:36:08 PM EDT | Incoming | Lol, naw just a bubble envelope. Like they have express envelopes that are bubble mailers themselves. |
| 5/14/18 | 05:38:38 PM EDT | Incoming | I'm stoked. What market we gonna be on? |
| 5/14/18 | 05:41:59 PM EDT | Outgoing | I'm going to try to sell a good chunk direct before we pop on the market. But I'm assuming dream but I'm trying to have them fix my account. |
| 5/14/18 | 05:46:17 PM EDT | Incoming | Ok cool. We aren't giving people fat deals, right? The idea is to sell direct to get hype going right? Dream should fix it. Someone has just been squatting on your name, right! |
| 5/14/18 | 05:48:00 PM EDT | Outgoing | Nope just enough to get people flocking. Well direct because I got a few people that said they would buy when we some L. I don't want to presale on a market again |
| 5/14/18 | 05:48:25 PM EDT | Outgoing | No by old account got wiped all sales not even vendor status anymore I had to make a new one. |
| 5/14/18 | 06:11:27 PM EDT | Incoming | Damn, sounds good. Yeah, presale is a bad idea hahahah. Especially since a market like dream could just take our money. We will be careful this time but holy shit we are going to be rolling in dough. Maybe that kid I know can reach out to Dream for us |

34.     Based on my training, experience and participation in this investigation, as well as communications with CS1, this SMS exchange between CS1 and HASKINS is a conversation concerning CS1 having received the previously-discussed U.S. currency

SA JONES AFFIDAVIT - 31
USAO# 2018R00790

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

1   from HASKINS, and discussing how that U.S. currency will be used to purchase LSD

2   from "Trust," which will be shipped to HASKINS at the P.O. Box HASKINS obtained

3   under the name Dominick Pastori, at P.O. Box 12000, Olympia, WA 98508-1200.

4   HASKINS and CS1 discuss that they will use the "Dream" darknet market to sell the

5   LSD from "Trust" and that, initially, they will focus on selling LSD to established

6   customers in order to rebuild their reputation online as a reliable source of LSD.

7   HASKINS and CS1 discuss that they need to be cautious when using the "Dream"

8   darknet market because CS1 had his account on "Dream" suspended previously and

9   "Dream" could possibly steal digital currency held in escrow by "Dream" during pending

10  transactions between CS1/HASKINS and their customers.

11          35.     Since May 14, 2018, CS1 and HASKINS have had extensive

12  communications, over SMS text message, Wickr Me, and voice calls, concerning the

13  status of the LSD from "Trust" and their plans to distribute it.  CS1 has told HASKINS

14  that CS1 has communicated with "Trust" and is in the process of finalizing the

15  transaction to purchase approximately $100,000 worth of LSD from "Trust" which will

16  be delivered to HASKINS at P.O. Box 12000, Olympia, WA 98508-1200.  For example,

17  on May 31, 2018, via SMS message, HASKINS told CS1 "Hopefully we get way lower

18  price and tons of tab ASAP."  Additionally, CS1 has told HASKINS that CS1 is working

19  to identify large-scale customers.

20          36.     On June 15 and 17, 2018, HASKINS, again using the telephone number

21  (206) 485-0673—as well as, at times, the number (360) 836-1421, which HASKINS

22  previously provided to CS1 as an additional number where HASKINS could be

23  reached—exchanged additional SMS text messages with CS1.  A portion of the SMS text

24  messages between CS1 ("Outgoing") and HASKINS ("Incoming") are below:

25

26

27

28

| 6/15/18 | 12:54:19 PM EDT | Outgoing | Hey random question do you have any of the old books still. I got an idea |
| 6/15/18 | 01:30:34 PM EDT | Incoming | I think I can get. A few, what's the idea? |

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| 6/15/18 | 01:33:57 PM EDT | Outgoing | Search markets for the buyers that bought big before and shoot them a message. Try to line up big buys off the bat also keep then direct. And I'm curious if you |
|---------|-----------------|----------|------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 6/15/18 | 01:34:18 PM EDT | Outgoing | Got Minerva's drop still. |
| 6/15/18 | 01:50:56 PM EDT | Incoming | Holy shit |
| 6/15/18 | 01:51:41 PM EDT | Incoming | I forgot i had Minerva's drop  I have all order books from forever in a vault |
| 6/15/18 | 01:52:09 PM EDT | Incoming | Buried hard drive on some property.figured we might need it for something like this lmao |

***

| 6/15/18 | 01:59:37 PM EDT | Outgoing | You think it would be possible to email me the books you got |
|---------|-----------------|----------|-------------------------------------------------------------|
| 6/15/18 | 01:59:57 PM EDT | Incoming | Duh of course bro |

***

| 6/15/18 | 02:00:56 PM EDT | Incoming | We are partners in crime. We know how to rhyme. We can stand the time. |
|---------|-----------------|----------|------------------------------------------------------------------------|
| 6/15/18 | 02:00:59 PM EDT | Outgoing | #peliworlwide your first defense |
| 6/15/18 | 02:01:07 PM EDT | Incoming | He also told me he was from Seattle |
| 6/15/18 | 02:01:34 PM EDT | Incoming | Because we told him I live near where I dropped pax |

***

| 6/15/18 | 02:38:49 PM EDT | Outgoing | Let me know when you send the email so I can start going through them. |
|---------|-----------------|----------|------------------------------------------------------------------------|

***

SA JONES AFFIDAVIT - 33
USAO# 2018R00790

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | | | |
|---|---|---|---|---|
| 6/15/18 | 02:55:42 PM EDT | Incoming | Secmail throwaway. But I found a website that allows you to design your own festival flags |
| 6/15/18 | 02:56:12 PM EDT | Incoming | I made a really sick sister pelican flag but never ordered. I'm so stoked that this shit is really happening |
| 6/15/18 | 03:03:02 PM EDT | Outgoing | If your going to use secmail just send to the peli one. |
| 6/15/18 | 03:47:26 PM EDT | Incoming | K let me find the peli one. Let's utox sometime |
| 6/15/18 | 03:51:09 PM EDT | Outgoing | Pelican@secmail.pro |
| 6/15/18 | 03:53:56 PM EDT | Outgoing | Pelican@secmail.pro |
| 6/15/18 | 03:55:06 PM EDT | Incoming | Kkk. I'm finding my old drives and setting my computer up. |
| 6/15/18 | 04:20:43 PM EDT | Incoming | I've almost found it. I've got a shit ton of vacuum sealing shit btw. I'm going through a bunch of boxes right now |
| 6/15/18 | 04:25:19 PM EDT | Incoming | GOT IT |
| 6/15/18 | 04:31:52 PM EDT | Incoming | Found a guy who ordered 60 sheet |
| 6/15/18 | 04:36:12 PM EDT | Incoming | I think I can find old chats with Minerva |
| 6/15/18 | 04:37:18 PM EDT | Outgoing | Sweet send it over when you can |
| 6/15/18 | 04:43:40 PM EDT | Incoming | WAIT |
| 6/15/18 | 04:44:39 PM EDT | Incoming | I think we used to name workbooks different things |
| 6/15/18 | 04:44:57 PM EDT | Incoming | Can we talk in a bit? |
| 6/15/18 | 05:21:08 PM EDT | Outgoing | What do you mean. I might be around |
| 6/15/18 | 05:23:05 PM EDT | Incoming | I meant voice chat for phone call to touch base on what we are doing etc. along with shit I need to buy. I'm |

| | | | | pulling together all the shipping docs now. |
|---|---|---|---|---|
| 6/15/18 | 05:23:48 PM EDT | Incoming | Like either utox voicechat or wickr phone call or phone call. |
| 6/15/18 | 05:24:34 PM EDT | Outgoing | Yeah we can if I can't tonight we can talk tmw. Just doing errands |
| 6/15/18 | 05:24:55 PM EDT | Incoming | Phone all works best wickr app crashes the app when I get calls |
| 6/15/18 | 05:25:41 PM EDT | Outgoing | Zip the file before you send it or upload it to MediaFire first or something and send the link secmail has an email limit for attachments. |
| 6/15/18 | 05:26:36 PM EDT | Incoming | Dope. Sounds good. I just wanna get on the same level so I know everything I need to do, stuff to get etc. I'm already ordering stuff but we gotta get in the habit of communicating since we're going to be undertaking a big project with this shit. Sounds good. I'm getting all the shipping files into a single place. |

*** 

| 6/15/18 | 05:40:25 PM EDT | Incoming | I just dug up a thumb drive with this stuff on it. Encrypted with veracrypt. Inside a hidden volume. I thought you might need them. |
|---|---|---|---|---|
| 6/15/18 | 05:49:03 PM EDT | Incoming | I don't think I have all of them |
| 6/15/18 | 05:50:13 PM EDT | Incoming | It's an L pic |
| 6/15/18 | 05:50:15 PM EDT | Outgoing | I guess send what you got there has to be a few dozen orderbook. |
| 6/15/18 | 05:50:41 PM EDT | Outgoing | Yeah I think I started putting boobs in the photos in the L books |
| 6/15/18 | 05:51:01 PM EDT | Incoming | Yeah, I was confused for a second. |
| 6/15/18 | 05:51:29 PM EDT | Incoming | I was like "wait, wouldn't it say "g" next to it if it was a m order? |

SA JONES AFFIDAVIT - 35
USAO# 2018R00790

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

| 6/15/18 | 05:52:29 PM EDT | Outgoing | Yeah it would |
|---------|-----------------|----------|---------------|
| 6/15/18 | 05:53:05 PM EDT | Incoming | Thought so. Good news, we have like 3k names from the L batches lol. |
| 6/15/18 | 05:53:55 PM EDT | Incoming | I literally can't believe how big these books are. I had to get this fucking thumb drive out of a hole lol. |
| 6/15/18 | 05:55:14 PM EDT | Incoming | Do u want all order books to find the big orders? |
| 6/15/18 | 05:57:54 PM EDT | Outgoing | Yeah just zip them up since there is a bunch. I figure most people use same usernames. |
| 6/15/18 | 05:57:54 PM EDT | Outgoing | You got to do a count if * for the first row to get the number of unique orders should be more like 1k ish |
| 6/15/18 | 06:01:47 PM EDT | Incoming | Gotcha, I was confused for a second. I'm zipping all the big orderbooks into a file. I'm hunting them down now. |
| 6/15/18 | 06:04:35 PM EDT | Incoming | We had a lot of single sheet orders lol |
| 6/15/18 | 06:14:53 PM EDT | Incoming | Sending 11 books |
| 6/15/18 | 06:27:29 PM EDT | Incoming | Did u get it |
| 6/15/18 | 07:23:39 PM EDT | Outgoing | Yeah you only sent 8 books |
| 6/15/18 | 07:24:16 PM EDT | Incoming | I know the other 3 were tracking and I realized as I was loading them. Sry |

\*\*\*

| 6/15/18 | 07:29:36 PM EDT | Incoming | There are some good customers in there. When we chat we will get a good plan for tackling all of this. We are gonna make a lot of dough. |
|---------|-----------------|----------|---------------|
| 6/15/18 | 07:33:42 PM EDT | Outgoing | Yeah I'm making a list of buyers |

\*\*\*

| 6/17/18 | 04:54:35 PM EDT | Incoming | I am hard in anticipation for shipping |
|---------|-----------------|----------|---------------|

SA JONES AFFIDAVIT - 36
USAO# 2018R00790

1    37.    Consistent with these communications, on June 15, 2018, CS1 received an

2  email, with the subject line "BOOKS FOR DADDY," which law enforcement

3  downloaded and was found to contain eight Microsoft Excel files, including files "L

4  METH 4.18.xlsx" and "L METH 4.20.xlsx." Those same Microsoft Excel files were

5  contained on an encrypted thumb drive that law enforcement seized from CS1 during the

6  execution of a federal search warrant. Those files contain mailing addresses and quantity

7  for LSD shipments (i.e., number of "sheets") to customers throughout the United States.

8    38.    Additionally, on June 15, 2018, CS1 and HASKINS communicated

9  verbally, with CS1 using CS1's cellular telephone, and HASKINS using—according to

10  him—an online tool on his computer. During the conversation, which law enforcement

11  recorded, CS1 and HASKINS discussed that HASKINS was preparing packaging to ship

12  the LSD and when the LSD from "Trust" would arrive. HASKINS told CS1 that he

13  drives a 1996 Camry. During the conversation, law enforcement traveled to HASKINS'

14  residence at 3411 Bridgeport Way, Apartment 9, and observed the 1996 Camry,

15  registered to HASKINS, parked at the address. During the conversation, HASKINS also

16  told CS1 that he "paid a guy to pay a guy" to open P.O. Box 12000, in Olympia,

17  Washington, and that he lived approximately 45 minutes away from the P.O. Box.

18    39.    Based on my training, experience and participation in this investigation, as

19  well as communications with CS1, the June 15, 2018, communications between CS1 and

20  HASKINS concern their prior dealings distributing LSD and MDMA, digital records of

21  that LSD distribution that HASKINS maintains on electronic devices in his residence,

22  including a computer and USB thumb drive, shipping materials that HASKINS has

23  collected that he intends to use to distribute LSD from his residence, and developing a list

24  of customers to whom the LSD from "Trust" can be marketed and sold.

25                              **DRUG TRAFFICKING**

26    40.    Based on my training, experience and participation in other drug

27  investigations, I know that:

28

SA JONES AFFIDAVIT - 37
USAO# 2018R00790

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1          a.     Individuals involved in the unlawful distribution of illegal drugs

2 ("drug traffickers") often maintain books, records, receipts, notes, ledgers, airline tickets,

3 money orders, and other papers relating to the acquisition, importation, transportation,

4 possession, sale and/or distribution of controlled substances, such as LSD, MDMA, and

5 anabolic steroids;

6          b.     These books, records, receipts, notes, ledgers, etc., are often

7 maintained among the drug traffickers' personal property in traditional paper form, or

8 stored electronically on computers or other electronic storage devices;

9          c.     It is common for drug traffickers to secrete contraband and drug

10 paraphernalia, proceeds of drug sales, and records of drug transactions in secure locations

11 within their personal property for ready access and to conceal them from law

12 enforcement authorities;

13          d.     Drug traffickers attempt to legitimize their profits from the sale of

14 drugs. To accomplish this goal, drug traffickers utilize, among other methods: 1) banks,

15 foreign and domestic, and their attendant services; 2) securities; 3) cashier's checks; 4)

16 money drafts; 5) letters of credit; 6) real estate; and 7) businesses real and fictitious;

17          e.     Depending on the scale of their drug distribution business, persons

18 involved in drug trafficking may conceal in their personal property caches of drugs, large

19 amounts of currency, financial instruments, precious metals, jewelry, and other items of

20 value that are the proceeds of drug transactions and evidence of financial transactions,

21 relating to obtaining, transferring, secreting, or spending of large sums of money made

22 from engaging in drug trafficking activities;

23          f.     Drug traffickers often keep on hand large amounts of U.S. currency

24 to maintain and finance their drug trafficking business;

25          g.     Drug traffickers frequently take or cause to be taken photographs

26 and videotapes of themselves, their associates, their property, and their illegal product

27 and that they usually maintain these photographs and video tapes in their possession;

28

SA JONES AFFIDAVIT - 38
USAO# 2018R00790

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1        h.     The courts have recognized that unexplained wealth can be probative

2  evidence of crimes motivated by greed; that drug trafficking is a crime for which

3  monetary gain is generally the motive;

4        i.     Financial records of the suspects of this investigation will likely

5  provide evidence of drug trafficking by revealing unexplained wealth and large cash

6  transactions, as well as providing confirmation of methods of payment and the source of

7  illegally imported controlled substances;

8        j.     Drug traffickers commonly use and possess cellular telephones,

9  which often contain saved numbers of incoming and outgoing numbers called, electronic

10  calendars, appointment lists, and a personal phone directory with phone numbers and

11  other information related to their drug trafficking activities.

### REQUEST TO SEAL

13    41.    It is requested that this affidavit and the requested search warrant be filed

14  under seal, as they reveal an ongoing investigation, and in order to avoid premature

15  disclosure of the investigation, guard against fugitives, and better ensure the safety of

16  agents and others, except that working copies should be made available to the United

17  States Attorney's Office, HSI, and any other law enforcement agency designated by the

18  United States Attorney's Office.

### NO-KNOCK WARRANT REQUESTED

20    42.    In light of the nature of the investigation, I am requesting permission for

21  law enforcement to enter the SUBJECT PREMISES without first knocking and

22  announcing their presence.  Based upon my knowledge, training, and experience, I know

23  that the drug evidence can be easily disposed of by, among other methods, flushing the

24  contraband down a toilet.  The success of this search of the SUBJECT PREMISES is

25  dependent upon entry into the premises without providing the occupant with the time

26  necessary to destroy drugs.  Under these circumstances, I respectfully submit that there is

27  a reasonable cause that knocking and announcing our presence upon the execution of the

28  warrant will inhibit an effective investigation by allowing the occupant(s) of the

SA JONES AFFIDAVIT - 39
USAO# 2018R00790

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  SUBJECT PREMISES an opportunity to destroy evidence. I therefore respectfully
2  request that the Court authorize the search agents to dispense with the requirement to
3  knock and announce their presence when executing the warrant.

4  **CONCLUSION**

5      43.      Based on information in this affidavit, I submit there is probable cause to
6  believe that a search of HASKINS, SUBJECT PREMISES, SUBJECT VEHICLE, and
7  the PO BOX will reveal evidence, contraband, fruits, and instrumentalities of violations
8  of 18 U.S.C. § 1956 (money laundering), 21 U.S.C. § 841(a) (1) (distribution of
9  controlled substances), 21 U.S.C. § 843 (use of a communication facility in furtherance
10 of drug trafficking) and 21 U.S.C. § 846 (conspiracy).

JUSTIN JONES
Special Agent, HSI

    The above-named agent provided a sworn statement attesting to the truth of the
contents of the foregoing affidavit on the 5th day of July, 2018.

HON. THERESA L. FRICKE
U.S. Magistrate Judge

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ATTACHMENT A**
**Person and Places to be Searched**

a.   The person of Austin Michael HASKINS (DOB: XX/XX/1994) (photograph below).



b.   3411 Bridgeport Way W., Apartment 9, University Place, Washington, as well as any common areas in or associated with the structure containing Apartment 9 (hallways, lobby, foyers, yard, patio, parking), and any storage units, lockers, closets, garages, or other locations on the property assigned to Apartment 9. The building containing Apartment 9 is a two story structure which is green with white trim. The numbers 3411, in white, are visible from Bridgeport Way W. Apartment 9 has a red in color door, with the number 9, in black, located above the door. The door to Apartment 9 faces west towards Bridgeport Way W. (the "SUBJECT PREMISES") (photographs below).

  

c.   A green-grey 1996 Toyota Camry (VIN 4T1BG12K4TU78480) with Washington State license plate BCM3156 (photograph below).



d.   P.O. Box 12000, Olympia, WA 98508-1200.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ATTACHMENT B**
**List of Items to be Seized and Searched**

All records, evidence, instrumentalities, or fruits relating to violations of 18 U.S.C. § 1956, 21 U.S.C. §§ 841(a)(1), 843, and/or 846, including, but not limited to, the following:

1.  Controlled substances including LSD, MDMA a/k/a ecstasy, anabolic steroids, and paraphernalia and drug trafficking-related items such as scales, baggies, pill capsules, and any item that may be used in the packaging of ecstasy or another controlled substance for distribution.

2.  Cash or currency or monetary instruments, including U.S. currency or other currency.

3.  Firearms and other weapons found to be illegally possessed.

4.  Books and papers reflecting the names, addresses, telephone numbers and other contacts or identification data relating to the possession, sale and distribution of controlled substances, including ecstasy.

5.  Books, records, receipts, notes, ledgers, invoices and other papers relating to the source of proceeds deposited to personal and/or corporate bank accounts.

6.  Records relating to deposits to personal and/or corporate bank accounts and expenditures of money and wealth, to wit: money orders, wire transfers, cashier checks and receipts, bank statements, passbooks, checkbooks and check registers.

7.  Records related to the purchase of personal assets including, but not limited, real estate, vehicles, jewelry and boats.

8.  Documents relating to the storage of items, records or documents at any location other than the SUBJECT PREMISES, including but not limited to contracts and lease agreements for storage units or safe deposit boxes.

9.  Documents and records regarding the ownership, leasing and/or possession of the SUBJECT PREMISES.

ATTACHMENT B - 1
USAO# 2018R00790

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1      10.     Counter surveillance items such as cameras, closed-circuit televisions,

2  scanners, radios and other recording devices.

3      11.     Property that would aid in the identification of the person or persons

4  responsible for committing the crimes under investigation.

5              **Computers and Electronic Media**

6      12.     The authorization includes the search and seizure of computers and

7  electronic data including deleted data, remnant data and slack space, to include:

8          a.     Computer hardware, meaning any and all computer equipment,

9  including any electronic devices that are capable of collecting, analyzing, creating,

10  displaying, converting, storing, concealing, or transmitting electronic, magnetic, optical,

11  or similar computer impulses or data.  Included within the definition of computer

12  hardware is any data processing hardware (such as central processing units and self-

13  contained laptop or notebook computers); internal and peripheral storage devices (such as

14  fixed disks, external hard disks, floppy disk drives and diskettes, tape drives and tapes,

15  optical and compact disk storage devices, and other memory storage devices); peripheral

16  input/output devices (such as keyboards, printers, scanners, plotters, video display

17  monitors, and optical readers); related communications devices (such as modems, cables

18  and connections, recording equipment, RAM and ROM units, acoustic couplers,

19  automatic dialers, speed dialers, programmable telephone dialing or signaling devices,

20  and electronic tone generating devices); and any devices, mechanisms, or parts that can

21  be used to restrict access to such hardware (such as physical keys and locks).

22          b.     Computer software, meaning any and all data, information,

23  instructions, programs, or program codes, stored in the form of electronic, magnetic,

24  optical, or other media, which is capable of being interpreted by a computer or its related

25  components.  Computer software may also include data, data fragments, or control

26  characters integral to the operation of computer software, such as operating systems

27  software, applications software, utility programs, compilers, interpreters, communications

28

ATTACHMENT B - 2
USAO# 2018R00790

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  software, and other programming used or intended to be used to communicate with
2  computer components.

3           c.      Computer-related documentation, meaning any written, recorded,
4  printed, or electronically stored material that explains or illustrates the configuration or
5  use of any seized computer hardware, software, or related items.

6           d.      Computer passwords and data security devices, meaning any
7  devices, programs, or data  whether themselves in the nature of hardware or software that
8  can be used or are designed to be used to restrict access to, or to facilitate concealment of,
9  any computer hardware, computer software, computer-related documentation, or
10 electronic data records.  Such items include, but are not limited to, data security hardware
11 (such as encryption devices, chips, and circuit boards); passwords; data security software
12 or information (such as test keys and encryption codes); and similar information that is
13 required to access computer programs or data or to otherwise render programs or data
14 into usable form.

15
16
17
18
19
20
21
22
23
24
25
26
27
28

ATTACHMENT B - 3
USAO# 2018R00790

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970